IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR340 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER SCHEDULING |
| vs. | ) | RULE 35 HEARING |
| | ) | |
| JASON SALAVA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion for a Rule 35 Hearing (Filing No. 111). For good cause shown, the hearing will be scheduled. Counsel for the Defendant has advised the Court that Mr. Salava has waived his appearance for this matter. Accordingly,

IT IS ORDERED:

1) Plaintiff's Motion for a Rule 35 Hearing (Filing No. 111) is granted; and

2) A hearing pursuant to Federal Rule of Criminal Procedure 35 is hereby scheduled for **Monday, October 3, 2005, at 11:00 a.m.**, before the undersigned at the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Courtroom No. 2, Third Floor, Omaha, Nebraska, 68102.

Dated this 20th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge