IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR340** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **JASON SALAVA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's oral motion to reschedule the Rule 35 Hearing due to a calendaring conflict of the defense counsel. For good cause shown, the hearing will be rescheduled. Counsel for the Defendant has previously advised the Court that Mr. Salava has waived his appearance for this matter. Accordingly,

IT IS ORDERED:

Plaintiff's Motion for a Rule 35 Hearing has been moved from November 4, 2005, to **Monday, October 31, 2005, at 4:00 p.m.**, before the undersigned at the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Courtroom No. 2, Third Floor, Omaha, Nebraska, 68102.

Dated this 21st day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge