# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR340** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | ***NUNC PRO TUNC*** |
| **JASON SALAVA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion filed by Donald B. Fiedler on behalf of the Defendant for appointment of counsel nunc pro tunc (Filing No. 130).

Mr. Fiedler, who was previously appointed in this case, requests an order appointing him nunc pro tunc for the time period between April 23, 2004, through November 2, 2005 for services provided in anticipation of the motion filed pursuant to Federal Rule of Criminal Procedure 35.

At the relevant time, the Defendant was eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. The court finds that counsel should be appointed for the time period in question.

IT IS ORDERED:

1.    Donald B. Fiedler is appointed nunc pro tunc to represent the above-named defendant in this matter.

2.    Counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f). At the time of the entry of the amended judgment herein, defendant shall file a current and

complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

3.      The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 22nd day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge